```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GRACIELA DONCOUSE,

                Plaintiff,

         - against -

6 AVE DELI & GRILL CORP., et al,

                Defendants.
-------------------------------------------------------------X

23-CV-7535 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On August 24, 2023, Plaintiff filed her complaint (Dkt. 1), which was served on Defendants on September 14, 2023 (Dkts. 6-7). Defendants' answers were due on October 2, 2023, but the Court has not heard from Defendants or Plaintiff since the action was commenced. Plaintiff shall file for a certificate of default or submit a letter explaining why she has not filed for default by January 23, 2024. In the absence of a response from Plaintiff, the Court will dismiss the action for failure to prosecute.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 9, 2024
       New York, New York

Copies transmitted this date to all counsel of record.